# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO.,

    Plaintiff,

v.                                         No.: 2:22-cv-02073-MSN-tmp

HALEY WILLIAMS, A MINOR AND
JOHN WILLIAMS,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed February 28, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice, filed May 9, 2022, (ECF No. 13), under Fed. R. Civ. P. 41(a)(1)(A)(ii) which allows dismissal of actions without a court order, and mindful of the parties' signed agreed order which the Court **ADOPTS** in full and attaches to this Judgment, settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 09, 2022
Date